Opinion filed September 25, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed September
25, 2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-08-00165-CV

                                                    __________

 

                                 CECILIA ANN CAZARES, Appellant

 

                                                             V.

 

                                         FELIZ
CAZARES, Appellee

 



 

                                         On
Appeal from the 118th District Court

 

                                                          Martin
County, Texas

 

                                                     Trial
Court Cause No. 6096

 



 

                                             M
E M O R A N D U M   O P I N I O N

The trial court signed its judgment on May 5, 2008. 
Cecilia Ann Cazares timely filed a notice of appeal.  An affidavit of inability
to pay costs on appeal was not filed.  Tex.
R. App. P. 20.1(a).  We dismiss the appeal.








 When neither the clerk=s
record nor the reporter=s
record were timely filed, this court extended the due date until September 19,
2008.  Tex. R. App. P. 37.3(a). 
The appellate record has not been filed in this court, and both the clerk of
the trial court and the court reporter have informed this court in writing that
appellant has failed to make arrangements to pay for the records.  Failure to
file the appellate record is due to appellant=s
actions.  Tex. R. App. P.
37.3(b), (c).

The appeal is dismissed.

 

PER CURIAM

 

September 25, 2008

Panel
consists of:  Wright, C.J.,

McCall, J.,
and Strange, J.